# EXHIBIT B

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| COUNTY OF OCONEE ) | |
| LESLIE JAY SHAYNE a/k/a ) | |
| Les Shayne, Petitioner ) | |
| Vs. ) | |
| Discover Bank, ) | |
| Defendant/Respondent ) | EMERGENT ORDER AND RULE TO SHOW CAUSE |
| ) | |
| ) | Cases No.: 2017-GC-37-00-003 and 004 |
| IN RE: ) | |
| Leslie Jay Shayne ) | |
| a/k/a Les Shayne, Petitioner, ) | |
| IN THE MATTER OF CHARLOTTE ) | |
| SHAYNE, an incapacitated ) | |
| person ) | |

**TO: RYAN S. RUMMAGE, ATTORNEY, PERSONALLY AND AS ATTORNEY FOR DISCOVER BANK, AND THE DISCOVER BANK, DEFENDANT ABOVE-NAMED:**

YOU ARE HEREBY ORDERED TO appear before the Honorable Kenneth Johns, Oconee County Probate Judge, at the Probate Court, located at 415 Pine Street, Walhalla, South Carolina, on the 19th day of November, 2018, at 11:00 a.m., and show cause, if any you can, why the following relief should not be granted to the Petitioner:

1. Why you, Ryan Rummage, should not be held in Contempt of Court and subjected to Court-imposed sanctions for your wilful and intentional violation of the Canons of Ethics in having ex parte communication (s) with the Trial Judge in this matter outside the presence of the Petitioner, and discussed this case, and even had an Order signed, all such behavior clearly unethical and improper, and in clear violation of the Attorney Canons of Ethics, and be subjected to Court imposed sanctions, personally, for this wilful and intentional gross misconduct;

2. Why the Stay Order signed by this Judge in an ex parte manner be immediately rescinded and regarded as void ab initio, and the fines to date and the costs ordered should be paid to the Petitioner by the time of this hearing;

3. Why the fines ordered in the original Order be increased, as not only did the Discover Bank totally disobey the Court Order to return Les Shayne's money to him, and

11/13/2030  19:44    8646385146                LES SHAYNE                                PAGE  03

are withholding Mr. Shayne's money based upon an illegal and improper freeze, they failed to inform him of the freeze, causing checks to be returned due to insufficient funds, and all the Petitioner's cash funds, even his office account, is frozen, causing hardship to your Petitioner and causing him to have to borrow money to pay bills and for other necessities.

4. Why you should not be required to disburse at least the $84,111.42 of Mr. Shayne's funds to him by the time of this hearing, as it is absolutely improper to freeze more monies that even the purported judgment is for, and this is the difference between the amount of the purported judgment and the total value of Mr. Shayne's funds with you;

5. Why you should not be ordered to pay any costs incurred by Mr. Shayne in order to invalidate this improperly obtained Court Order of the stay.

6. Why you should not be required to pay Mr. Shayne on a weekly basis the accumulated fines until the Defendant Bank returns Mr. Shayne's funds to him in full as ordered by the Court. The fines can be mailed to P.O. Box 503, Walhalla, SC 29691.

7. For such other and further relief as this Court may deem just and proper.

AND IT IS SO ORDERED!

_____
Kenneth Johns, Presiding Judge of the
Oconee County Probate Court, TENTH
JUDICIAL CIRCUIT

November 15, 2018
Walhalla, South Carolina

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| | ) | IN THE PROBATE COURT |
| COUNTY OF OCONEE | ) | |
| | ) | |
| LESLIE JAY SHAYNE a/k/a | ) | |
| Les Shayne, Petitioner | ) | |
| Vs. | ) | |
| | ) | |
| Discover Bank, | ) | |
| Defendant/Respondent | ) | |
| | ) | AFFIDAVIT OF LES SHAYNE IN SUPPORT OF |
| | ) | ORDER AND RULE TO SHOW CAUSE |
| Leslie Jay Shayne | ) | |
| a/k/a Les Shayne, Petitioner, | ) | |
| | ) | |
| IN THE MATTER OF CHARLOTTE | ) | |
| SHAYNE, an incapacitated | ) | |
| person | ) | Cases No.: 2017-GC-37-00-003 and 004 |

BEFORE ME personally appeared Leslie Jay Shayne, who being duly sworn, deposes and states:

   1.  That he is the Petitioner in this action, and is a citizen and resident of Oconee County, South Carolina.

   2.  That the above-captioned matter was pending and the Court issued an initial ruling ordering the Discover Bank to unfreeze the Petitioner's funds and return his monies to him, and then issued an Order and Rule and had a subsequent hearing, which the Discover Bank was legally served but did not attend, in which Discover Bank was held to be in Contempt of Court, and sanctions were levied.

   3.  That the Discover Bank apparently filed A Motion to Stay the sanctions, which the Petitioner just received in the mail today- November 15, 2018.

   4.  That the Petitioner was informed by the Court that it had a conversation with the attorney for Discover Bank, which it believed to be Mr. Rummage, and they had discussed the Motion outside the presence of me and without notice to me, and the

Court had signed an Order ex parte granting the Stay. Immediately, the Bank filed a Removal to federal Court.

5. That the contact and conversation between the Discover Bank attorney and the Court was illegal, improper and unethical, and the issuance of the Order in granting the stay was illegal and improper. Thus, the Emergent Order and Rule correcting it, voiding the Order ab initio, and the Court granting the other relief sought, justify the issuance of the Emergent Order and Rule and the granting of the relief sought. These are matters that were pending before the case was removed, so it is appropriate to hear.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 15th day of November, 2018.

/s/

SWORN TO before me this  15th  )
day of November, 2018.         )
                               )
                               )
_____(L.S.)  )   _____
                                   Leslie Jay Shayne a/k/a Les
Notary Public for South Carolina   Shayne
My Commission Expires: 02-07-2024

2