# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| **LESLIE JAY SHAYNE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.** |
| **DISCOVER BANK,** ) | **8:18-cv-03057-BHH-KFM** |
| ) | |
| **Defendant.** ) | **Response in Opposition to** |
| ) | **Motion for Hearing** |
| **IN RE: Leslie Jay Shayne a/k/a Les Shayne,** ) | |
| **Petitioner,** ) | |
| ) | |
| **IN THE MATTER OF CHARLOTTE SHAYNE,** ) | |
| **an incapacitated person** ) | |
| ) | |

In addition to Plaintiff's Response to Discover's Motion to Sever and Remand, Motion to Seal, and Motion to Quash, Plaintiff filed a Motion for a Hearing on these motions. *See* Doc. No. 29. Discover opposes this request because Plaintiff has not stated any arguments or legal support in opposition to the motions. Accordingly, a hearing on these motions is unnecessary.

Plaintiff's cover letter also requests a pre-trial conference with the Court. Such a request is premature at this time, and Discover will comply with any Initial Order issued by the Court pursuant to Local Rule 16.00(B).

Respectfully submitted this 26th day of December, 2018.

*/s/ David A. Elliott*
David A. Elliott, Fed Bar No. 11538
Ryan S. Rummage, Fed Bar No. 12753
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
delliott@burr.com

32750258 v1

2

rrummage@burr.com

Attorneys for Defendant
DISCOVER BANK

2

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document by directing same to Plaintiff's office address by first-class, United States mail, postage prepaid, on this the 26th day of December, 2018:

Leslie Jay Shayne
P.O. Box 503
109 North Catherine Street
Walhalla, SC 29691
Fax: (864) 638-5146

                    */s/ David A. Elliott*
                    OF COUNSEL

32750258 v1