**RECEIVED**

**DEC 27 2018**

**U.S. DISTRICT COURT**
**GREENVILLE, S.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| LESLIE JAY SHAYNE a/k/a LES SHAYNE, | ) | C.A. No.: 8:18-cv-3057-BHH-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S RESPONSES TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |
| | ) | |
| DISCOVER BANK, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Leslie Jay Shayne, Plaintiff, *pro se*, and pursuant to the Local Civil Rules of the District of South Carolina, provides the following answers to the mandatory interrogatories propounded by LCR 26.01:

1. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **ANSWER: Plaintiff is not aware of any information responsive to this interrogatory.**

2. As to each claim, state whether it should be tried jury or nonjury and why.

    **ANSWER: Plaintiff respectfully requests a trial by jury as to each cause of action in which a trial by jury is available, though it is not clear that any matter has been asserted for which the right of trial by jury is available.**

3. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

    **ANSWER: Defendant removed this matter from the Probate Court of Oconee County. Plaintiff is not convinced that the removal of this case was proper, and therefore, reserves the right to challenge the existence of federal jurisdiction.**

4.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

**ANSWER:** No.

Respectfully submitted,

_____
Leslie Jay Shayne

__December 26__, 2018
Walhalla, South Carolina